**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 26−43975−mar
Chapter: 7

In Re: (NAME OF DEBTOR(S))
LeBrun Samuel Jackson
23825 Hoover Avenue
Hazel Park, MI 48030

Social Security No.:
xxx−xx−9159

Employer's Tax I.D. No.:

---

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor(s) did not file a Personal Financial Management Course Certificate.

Dated: 9/22/26

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court